**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-9884
dstein@samuelandstein.com

**LAW OFFICES OF VINCENT S. WONG**
Vincent S. Wong (VW 9016)
39 East Broadway, Suite 306
New York, NY 10002
(212) 349-6099
vswlaw@gmail.com

Attorneys for Plaintiffs, Individually and on behalf of all others similarly situated

| | |
|---|---|
| Hai Zhong Chen and Wei Dong Cao, on behalf of themselves and all other persons similarly situated, | DOCKET NO. 16-cv-2527 (KPF) |
| Plaintiffs, | **REQUEST FOR ENTRY OF DEFAULT** |
| – vs. – | |
| Alin Sushi Inc., Rafael Nazariodefigueroa, "John" Lin, and John Does #1-10, | |
| Defendants. | |

    Plaintiffs, Hai Zhong Chen and Wei Dong Cao, by and through their undersigned attorneys, request that the Clerk of Court enter the default of defendants, Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as described in the supporting Attorney Certification, and issue Certificates of Default pursuant to Local Rule 55.1.

2

Dated:   May 26, 2016

_____
David Stein