UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

                          **Plaintiff(s),**

                                                                                      _____ **Civ.** _____(\_\_\_)

                **- against -**

                                                                                **CLERK'S CERTIFICATE**
                                                                                  **OF DEFAULT**

                        **Defendant(s),**
-------------------------------------------------------------X

       **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

           _____, 20\_\_\_                                  **RUBY J. KRAJICK**
                                                                                          **Clerk of Court**

                                                                                  **By:** _____
                                                                                         **Deputy Clerk**