**SAMUEL & STEIN**
David Stein (DS 2119)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-9884
dstein@samuelandstein.com

**LAW OFFICES OF VINCENT S. WONG**
Vincent S. Wong (VW 9016)
39 East Broadway, Suite 306
New York, NY 10002
(212) 349-6099
vswlaw@gmail.com

Attorneys for Plaintiffs, Individually
and on behalf of all others similarly
situated

| | |
|---|---|
| Hai Zhong Chen and Wei Dong Cao, on behalf of themselves and all other persons similarly situated, | DOCKET NO. 16-cv-2527 (KPF) |
| Plaintiffs, | **CERTIFICATION OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| – vs. – | |
| Alin Sushi Inc., Rafael Nazariodefigueroa, "John" Lin, and John Does #1-10, | |
| Defendants. | |

I am the attorney for plaintiffs Hai Zhong Chen and Wei Dong Cao in the above-entitled matter and am actually entrusted with the handling of this action, and I make this certification in support of plaintiffs' request for entry of default.

1. This action was commenced by filing a summons and complaint with the District Court on or about April 5, 2016.

2. Defendant Alin Sushi Inc. was served with the summons and complaint in this matter by leaving the documents at its principal place of business, 55-59 Chrystie Street, New York, New York 10002, on April 22, 2016, with defendant's general agent who was authorized to accept the documents on defendant's behalf, as per the Affidavit of Service which was filed with the District Court via Electronic Case Filing on May 4, 2016.

3. Defendant Rafael Nazariodefigueroa was served with the summons and complaint in this matter by leaving the documents at defendant's place of business in New York, namely Alin Sushi Inc., located at 55-59 Chrystie Street, New York, New York 10002, with a person of suitable age and discretion at his actual place of business, on April 22, 2016, and by sending the documents via first class mail to his actual place of business on April 25, 2016, as per the Affidavit of Service which was filed with the District Court via Electronic Case Filing on May 4, 2016.

4. Defendant "John" Lin was served with the summons and complaint in this matter by leaving the documents at

defendant's place of business in New York, namely Alin Sushi Inc., located at 55-59 Chrystie Street, New York, New York 10002, with a person of suitable age and discretion at his actual place of business, on April 22, 2016, and by sending the documents via first class mail to his actual place of business on April 25, 2016, as per the Affidavit of Service which was filed with the District Court via Electronic Case Filing on May 4, 2016.

5. Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin have failed to plead or otherwise answer or respond within the time specified by the Federal Rules of Civil Procedure.

6. Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940, approved October 17, 1940, Public Laws 888, 76th Congress and the amendments, and supplements thereto, 50 U.S.C.A. Appendix, § 502 et seq., Rafael Nazariodefigueroa and "John" Lin are New York residents and are not presently engaged in the military service of the United States of America or of any of its allied nations.

7. Rafael Nazariodefigueroa and "John" Lin are neither infants nor incompetent persons.

8. I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 26, 2016

_____
David Stein