```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 29, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
    HAI ZHONG CHEN, *et al.*,

                        Plaintiffs,        16 Civ. 2527 (KPF)

              v.                           ORDER

    ALIN SUSHI INC., *et al.*,

                        Defendants.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      Upon the affidavit of David Stein dated September 26, 2016, it is hereby

      ORDERED that Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin show cause before the Honorable Katherine Polk Failla in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York at **10:00 a.m. on October 25, 2016,** why an order for default judgment should not be entered against Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin for failing to serve and file an Answer after having been served with the Summons and Complaint herein;

      ORDERED that Plaintiffs shall serve, by personal service, a copy of this Order, together with Plaintiffs' supporting affidavit and exhibits on Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin, and John Does #1-10, on or before **5:00 p.m. on October 3, 2016;**

ORDERED that any response by Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin is to be served and filed by **5:00 p.m. on October 11, 2016**;

ORDERED that Plaintiffs shall serve and file reply papers, if any, by **5:00 p.m. on October 18, 2016**; and

Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin are advised that failure to respond to the Order to Show Cause may be grounds for granting a default judgment against them, in which event Defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin will have no trial.

Plaintiffs shall file proof of service of this Order to Show Cause by **October 5, 2016.**

SO ORDERED.

Dated:   September 29, 2016
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge