```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 29, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   HAI ZHONG CHEN, *et al.*,                          :
                                                      :
                              Plaintiffs,             :   16 Civ. 2527 (KPF)
                                                      :
                       v.                             :   ORDER
                                                      :
   ALIN SUSHI INC., *et al.*,                         :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

Because the Show Cause hearing recently scheduled for October 25, 2016, was set to occur on a religious holiday, it is hereby ORDERED that the conference is ADJOURNED to **October 26, 2016, at 10:30 a.m.** Plaintiffs are directed to serve a copy of this Order on Defendants, together with the other papers relevant to the Order to Show Cause.

SO ORDERED.

Dated:  September 29, 2016
        New York, New York

                                               _____
                                                     KATHERINE POLK FAILLA
                                                     United States District Judge