UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Attorney: SAMUEL & STEIN

HAI ZHONG CHEN, ETANO

                                Plaintiff(s)

-against-

ALIN SUSHI, INC ET AL,

                                Defendant(s)

Index # 16-CV-2527

Purchased April 5, 2016

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK : COUNTY OF NEW YORK  ss:

TASHA BELLOT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on September 29, 2016 at 3:25 PM at

**55-59 CHRYSTIE STREET**
**NEW YORK, NY 10002**

deponent served the within ORDER, DEFAULT JUDGMENT, CERTIFICATION OF COUNSEL DAVID STEIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT on ALIN SUSH, INC. therein named,

**CORPORATION**   a DOMESTIC corporation by delivering thereat a true copy of each to "HUBERT DOE", personally, deponent knew said corporation so served to be the corporation described in said ORDER, DEFAULT JUDGMENT, CERTIFICATION OF COUNSEL DAVID STEIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT as said Defendant and knew said individual to be AUTHORIZED to accept thereof

Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5' 8" | 180 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME

Sworn to me on
_____ day of October, 2016

_[signature]_
PUBLIC NOTARY

_[signature]_
TASHA BELLOT

DAVID STEIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6261863
Qualified In Rockland County
My Commission Expires 05-14-2020