UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Attorney: SAMUEL & STEIN

HAI ZHONG CHEN, ETANO

                Plaintiff(s)

-against-

ALIN SUSHI, INC ET AL,

                Defendant(s)

Index # 16-CV-2527

Purchased April 5, 2016

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK : COUNTY OF NEW YORK ss:

TASHA BELLOT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on September 29, 2016 at 3:25 PM at

c/o ALIN SUSHI, INC
55-59 CHRYSTIE STREET
NEW YORK, NY 10002

deponent served the within ORDER, DEFAULT JUDGMENT, CERTIFICATION OF COUNSEL DAVID STEIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT on RAFAEL NAZARIODEFIGUEROA therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to "HUBERT DOE" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He is identified as the GENERAL AGENT at said business.

Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5' 8" | 180 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

c/o ALIN SUSHI, INC
55-59 CHRYSTIE STREET
NEW YORK, NY 10002

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 30, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address of otherwise, that the communication is from an attorney or concerns an action against the person to be served. The envelope was not returned undeliverable.

Sworn to me on
5th day of October, 2016

_____
PUBLIC NOTARY

_____
TASHA BELLOT

DAVID STEIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6251863
Qualified in Rockland County
My Commission Expires 05-14-2020