UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Attorney: SAMUEL & STEIN

---

HAI ZHONG CHEN, ETANO

                               Plaintiff(s)

   -against-

ALIN SUSHI, INC ET AL,

                               Defendant(s)

Index # 16-CV-2527

Purchased April 5, 2016

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK : COUNTY OF NEW YORK  ss:

TASHA BELLOT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on September 29, 2016 at 3:25 PM at

c/o ALIN SUSHI, INC  
55-59 CHRYSTIE STREET  
NEW YORK, NY 10002

deponent served the within ORDER, DEFAULT JUDGMENT, CERTIFICATION OF COUNSEL DAVID STEIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT on "JOHN" LIN therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "HUBERT DOE" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He is identified as the GENERAL AGENT at said business.

Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5' 8" | 180 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

c/o ALIN SUSHI, INC  
55-59 CHRYSTIE STREET  
NEW YORK, NY 10002

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 30, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address of otherwise, that the communication is from an attorney or concerns an action against the person to be served. The envelope was not returned undeliverable.

Sworn to me on  
5 day of October, 2016

*(signature)*  
PUBLIC NOTARY

TASHA BELLOT

DAVID STEIN  
NOTARY PUBLIC-STATE OF NEW YORK  
No. 02ST6261863  
Qualified In Rockland County  
My Commission Expires 05-14-2020