# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hai Zhong Chen and Wei Dong Cao, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>- vs. -<br><br>Alin Sushi Inc., Rafael Nazariodefigueroa, "John" Lin, and John Does #1-10,<br><br>Defendants. | DOCKET NO. 16-cv-2527 (KPF)<br><br>**ORDER TO SHOW CAUSE** |

KATHERINE P. FAILLA, U.S.D.J.

Upon the affidavit of David Stein dated September 26, 2016, it is hereby

ORDERED that the defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin show cause before the Honorable Kenneth M. Karas in Courtroom 618 of the United States Courthouse, 40 Foley Square, New York, New York at ____ on _____ why an order for default judgment should not be entered against defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin for failing to serve and file an Answer after having been served with the Summons and Complaint herein; and it is further

ORDERED that any response by defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin is to be served and filed by 5:00 p.m. on _____; and it is further

ORDERED that Plaintiff shall serve by personal service, a copy of this order, together with Plaintiff's supporting affidavit and exhibits on defendants Alin Sushi Inc., Rafael Nazariodefigueroa, "John" Lin, and John Does #1-10, on or before 5:00 p.m. on _____; and,

The defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin are advised that failure to respond to the Order to Show Cause may be grounds for granting a default judgment against them, in which event the defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin will have no trial.

The plaintiff shall file proof of service of this Order to Show Cause by _____.

Dated: New York, NY
September \_\_, 2016

SO ORDERED:

_____
Katherine P. Failla
United States District Judge