**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Hai Zhong Chen and Wei Dong Cao, on behalf of themselves and all other persons similarly situated, | DOCKET NO. 16-cv-2527 (KPF) |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| - vs. – | |
| Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin, and John Does #1-10, | |
| Defendants. | |

This action having been commenced on April 5, 2016 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants on April 22, 2016, as follows: (1) on defendant Alin Sushi, Inc. by service on a general agent of the corporation; (2) on defendant Rafael Nazariodefigueroa by service on a person of suitable age and discretion, at his actual place of business and mailing it to him at his actual place of business on April 25, 2016; (3) on defendant "John" Lin by delivery to a person of suitable age and discretion, at his actual place of business and mailing it to him at his actual place of business on April 25, 2016; and proof of service having been filed on May 4, 2016; and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin, jointly and severally, in the liquidated amount of $42,635.00, plus attorneys' fess, costs and disbursements of this action in the amount of $7,831.50, amounting in all to $50,466.50.

Dated:    New York, NY
            September __, 2016

                    SO ORDERED:

                    _____
                    Katherine P. Failla
                    United States District Judge

                    This document was entered on the docket on _____.