**EXHIBIT B**

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SAMUEL & STEIN

HAI ZHONG CHEN, ETANO

Plaintiff(s)

- against -

Index # 16 CV 2527

Purchased April 5, 2016

ALIN SUSHI INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 22, 2016 at 11:48 AM at

C/O ALIN SUSHI INC.
55-59 CHRYSTIE STREET
NEW YORK, NY10002

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES,* on ALIN SUSHI INC. therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to "JOHN SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES,* as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'8 | 180 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

*ELECTRONIC CASE FILING RULES & INSTRUCTIONS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 25, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 646931

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007   (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SAMUEL & STEIN

---

HAI ZHONG CHEN, ETANO

Plaintiff(s)

Index # 16 CV 2527

- against -

Purchased April 5, 2016

ALIN SUSHI INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 22, 2016 at 11:48 AM at

C/O ALIN SUSHI INC.
55-59 CHRYSTIE STREET
NEW YORK, NY 10002

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES,* on RAFAEL NAZARIODEFIGUEROA therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'8 | 180 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O ALIN SUSHI INC.
55-59 CHRYSTIE STREET
NEW YORK, NY 10002

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 25, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*ELECTRONIC CASE FILING RULES & INSTRUCTIONS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 25, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**CHRISTOPHER J. KLEIN**
License #: 1188546

Invoice #: 646931

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SAMUEL & STEIN

---

HAI ZHONG CHEN, ETANO

Plaintiff(s)

Index # 16 CV 2527

- against -

Purchased April 5, 2016

ALIN SUSHI INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 22, 2016 at 11:48 AM at

C/O ALIN SUSHI INC.
55-59 CHRYSTIE STREET
NEW YORK, NY 10002

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES,* on "JOHN" LIN therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'8 | 180 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O ALIN SUSHI INC.
55-59 CHRYSTIE STREET
NEW YORK, NY 10002

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 25, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*ELECTRONIC CASE FILING RULES & INSTRUCTIONS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  April 25, 2016

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 646931 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007   (212) 619-0728   NYCDCA#1102045