# EXHIBIT C

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Hai Zhong Chen and Wei Dong Cao

                    Plaintiff(s),

    - against -

Alin Sushi Inc., et al.

                    Defendant(s),
------------------------------------------------------------X

16 Civ. 2527 (KPF)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on Apr. 5, 2016 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Alin Sushi Inc. by personally serving its general agent at its principal place of business, and proof of service was therefore filed on May 4, 2016, Doc. #(s) 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
        June 1, 2016

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Hai Zhong Chen and Wei Dong Cao

                Plaintiff(s),

    - against -

Alin Sushi Inc., et al.

               Defendant(s),
-------------------------------------------------------------X

16 Civ. 2527 (KPF)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on Apr. 5, 2016 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Rafael Nazariodefigueroa by personally serving a co-worker at defendant's place of business and by mail, and proof of service was therefore filed on May 4, 2016, Doc. #(s) 13.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      June 1, 2016

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk

SDNY Web 3/2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Hai Zhong Chen and Wei Dong Cao

                Plaintiff(s),

- against -

Alin Sushi Inc., et al.

                Defendant(s),
------------------------------------------------------------X

16 Civ. 2527 (KPF)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on Apr. 5, 2016 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) "John" Lin by personally serving a co-worker at defendant's place of business and by mail, and proof of service was therefore filed on May 4, 2016, Doc. #(s) 12.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       June ___, 20 16

                                                RUBY J. KRAJICK
                                                Clerk of Court

                                      By: _____
                                                  Deputy Clerk

SDNY Web 3/2015