**EXHIBIT E**

# DECLARATION OF WEI DONG CAO

I, Wei Dong Cao, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am Wei Dong Cao, plaintiff in this case, and I consented to be a party.

2. I make this declaration in support of my motion for a default judgment, or for any other relevant motion filed by my lawyers.

3. I am fully familiar with the facts set forth herein, and I recite them on personal knowledge.

4. If I were called to testify at a hearing or at trial, I would testify to the facts in this document.

5. Alin Sushi is a Japanese restaurant based in New York City, located at 55-59 Chrystie Street.

6. I worked for Alin Sushi as a delivery person for approximately four months, from November 4, 2015 through March 8, 2016; I started a few days after Hai Zhong Chen, and we both stopped working the same day.

7. My boss was a man named Mr. Lin, who hired me, supervised me, told me my schedule, and paid me.

8. My regular schedule was to work five and a half days per week, with my usual day off being Tuesday.

9. I worked eleven hours on Saturday, 10½ hours on Wednesday, ten hours on Monday, Thursday, and Sunday, and 6 hours on Friday; these figures do not include a one-hour meal break I had most days.

10. As a result, I worked around 57½ hours for Alin each week of my employment.

11. Because my schedule was regular, I know how many hours I worked, but Alin did not provide me with a time clock or a sign-in sheet or any other way to record my time worked.

12. I was paid a salary of $1,300, once per month, and that amount did not change based on the exact amount of time I worked in any week or month.

13. I was always paid in cash, and I did not receive any paystub or piece of paper listing my salary, hours, or any other information about my pay.

14. When I was hired I was told that I would be receiving tips for making deliveries, but they never explained anything beyond that to me, and never said anything about a tip credit.

15. The tips that we got for making deliveries were pooled among the delivery people. Nobody at Alin tracked the tips I was receiving or kept a record of them.

16. I never received an overtime premium when I worked more than forty hours in a week, even though I was always working more than that.

17. I never got any bonus for working shifts longer than ten hours in a day, even though I was working shifts that lasted longer than that five days each week.

18. I never received any written notices about my pay rate or pay – not when I was hired or any other time – and I was never asked to sign any paper saying that I had received a notice like that.

19. My native language is Mandarin Chinese, but this document was translated for me from English to Mandarin Chinese before I signed it.

20. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 23rd, 2016

_____
Wei Dong Cao

# DECLARATION OF VINCENT WONG

Pursuant to 29 U.S.C. § 1746, I, Vincent Wong, upon personal knowledge and under penalty of perjury, hereby declare that I am fluent in both English and Mandarin Chinese, that I reviewed the Declaration of Wei Dong Cao and translated it for Mr. Cao before he signed it.

Dated: September 13, 2016

_____
VINCENT WONG