# EXHIBIT G

# Exhibit G – Wei Dong Cao – Damages Spreadsheets

### TABLE I – MINIMUM WAGE

| Start Date | End Date | Weeks | Weekly Pay | Weekly Hours | Hourly Pay Rate | Statutory Minimum Wage | Hourly Under-payment | Weekly Under-payment | Total Actual Under-payment | Liquidated Damages | Total Under-payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/15 | 12/31/15 | 8 | $300.00 | 57½ | $5.22 | $8.75 | $3.53 | $203.13 | $1,625.00 | $1,625.00 | $3,250.00 |
| 1/1/16 | 3/8/16 | 9 | $300.00 | 57½ | $5.22 | $9.00 | $3.78 | $217.50 | $1,957.50 | $1,957.50 | $3,915.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | TOTAL DAMAGES | | | | | **$7,165.00** |

[1] The statutory minimum wages listed are the NYLL minimum wages, which were higher than the FLSA minimum wage; plaintiffs are entitled to recover the higher of the two.

### TABLE II – OVERTIME

| End Date | Weeks | Weekly Overtime Hours | Weekly Pay | Hourly Pay Rate | Minimum Statutory Overtime Pay Rate (1.5 x MW) | Hourly OT Premium Owed | Weekly Under-payment | Total Actual Under-payment | Liquidated Damages | Total Under-payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/15 | 8 | 17½ | $300.00 | $5.22 | $13.13 | $4.38 | $76.56 | $612.50 | $612.50 | $1,225.00 |
| 3/8/16 | 9 | 17½ | $300.00 | $5.22 | $13.50 | $4.50 | $78.75 | $708.75 | $708.75 | $1,417.50 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | TOTAL | | | | | **$2,642.50** |

# Exhibit G – Wei Dong Cao – Damages Spreadsheets

## TABLE III – SPREAD OF HOURS

| Start Date | End Date | Weeks | Days >10 Hrs | Statutory Minimum Wage | Weekly Spread of Hours Owed | Total Actual Under-payment | Liquidated Damages | Spread of Hours Owed |
|---|---|---|---|---|---|---|---|---|
| 11/4/15 | 12/31/15 | 8 | 5 | $8.75 | $43.75 | $350.00 | $350.00 | $700.00 |
| 1/1/16 | 3/8/16 | 9 | 5 | $9.00 | $45.00 | $405.00 | $405.00 | $810.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTAL | | | | **$1,510.00** |

## TABLE IV – FAILURE TO PROVIDE WAGE NOTICES AND PAYSTUBS

| Requirement | Start Date | End Date | Weeks | Weekly Penalty | Total Penalty | Maximum Penalty | Penalty |
|---|---|---|---|---|---|---|---|
| Weekly Wage Statement | 11/4/15 | 12/31/15 | 8 | $1,750.00 | $14,000.00 | $5,000.00 | $5,000.00 |
| Annual Pay Notice | 1/1/16 | 3/8/16 | 9 | $1,750.00 | $15,750.00 | $5,000.00 | $5,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | **$10,000.00** |