# EXHIBIT H

## Exhibit H – Attorneys' Fees and Costs

| Attorney | Hours Charged | Hourly Rate | Total |
|---|---|---|---|
| David Stein | 4 | $400.00 | $1,517.50 |
| David Nieporent | 12.6 | $325.00 | $4,095.00 |
| Vincent Wong | 3.5 | $400.00 | $1,400.00 |
| Joe Chen (paralegal) | 2 | $125.00 | $250.00 |
|  |  |  |  |
|  | Expenses (filing fee and service of process) |  | $569.00 |
|  |  |  |  |
|  | TOTAL |  | **$7,831.50** |

---

Selection Criteria

| Clie.Selection | Include: Alin Sushi |
|---|---|

---

Nickname      Alin Sushi | 290
Full Name

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/18/2016<br>14239 | Vincent<br>Meeting<br>Meeting with clients to explain wage and hour rights and discuss potential case against former employer | 400.00 | 2.00 | 800.00 | Billable |
| 3/18/2016<br>14240 | Joe<br>Meeting<br>Meeting with clients to review details of employment history for purpose of preparing FLSA complaint | 125.00 | 2.00 | 250.00 | Billable |
| 3/21/2016<br>14241 | David N.<br>Prep Pleadings<br>Research defendants for purposes of identifying proper defendants and assessing FLSA enterprise coverage (2.7); review client documents and prepare first draft of complaint (2.4) | 325.00 | 5.10 | 1,657.50 | Billable |
| 3/23/2016<br>13189 | David S.<br>Draft<br>Review/edit/modify David Nieporent's draft complaint. | 400.00 | 0.50 | 200.00 | Billable |
| 4/5/2016<br>14242 | David N.<br>Prep Pleadings<br>Finalize and file complaint | 325.00 | 1.30 | 422.50 | Billable |
| 4/12/2016<br>13247 | David S.<br>Draft<br>Drafting/preparing Certification of Service of Court's April 12, 2016, Order for Initial Pretrial Conference, Court's Individual Rules of Practice, and letter to defendants in regard thereto, and filing all of the same via ECF. | 400.00 | 0.60 | 240.00 | Billable |
| 4/12/2016<br>14243 | David N.<br>Review<br>Review individual rules of Judge Failla; Review court order setting initial conference | 325.00 | 0.40 | 130.00 | Billable |
| 5/4/2016<br>13372 | David S.<br>Draft<br>Review/analyze affidavits of service for defendants Alin Sushi, "John" Lin, and Rafael Nazariodefigueroa, and filing the same via ECF. | 400.00 | 0.20 | 80.00 | Billable |

Alin Sushi: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/24/2016<br>13444 | David S.<br>Draft<br>Prepare Clerk's Certificates of Default for defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin (.6); email to and from Southern District Clerk re: foregoing Certificates of Default (.1). | 400.00 | 0.70 | 280.00 | Billable |
| 5/26/2016<br>13446 | David S.<br>Draft<br>Drafting/preparing Request for Entry of Default and Certification of Counsel in Support of Request for Entry of Default (.9); drafting/preparing letter to Orders and Judgments re: Clerk's Certificates of Default (.2); email to and from Orders and Judgments clerk re: Certificates of Default (.1). | 400.00 | 1.20 | 480.00 | Billable |
| 5/26/2016<br>13447 | David S.<br>Draft<br>Filing via ECF Request for Entry of Default, Clerk's Certificates of Default, and Certification of Counsel in Support of Request for Entry of Default. | 125.00 | 0.20 | 25.00 | Billable |
| 6/29/2016<br>13859 | David S.<br>Correspondence<br>Drafting/preparing letter and email to judge re: request for adjournment of initial conference and pre-conference submissions in light of defendants' default. | 400.00 | 0.40 | 160.00 | Billable |
| 6/29/2016<br>13860 | David S.<br>Correspondence<br>Filing via ECF letter to judge re: request for adjournment of initial conference and pre-conference submissions because of defendants' default. | 125.00 | 0.10 | 12.50 | Billable |
| 6/29/2016<br>14244 | David N.<br>Review<br>Review court order adjourning conference | 325.00 | 0.10 | 32.50 | Billable |
| 8/8/2016<br>13857 | David S.<br>Conference<br>Telephone conference with Judge Failla's law clerk re: status of motion for default judgment. | 400.00 | 0.10 | 40.00 | Billable |
| 8/25/2016<br>14245 | David N.<br>Review<br>Review order setting deadline | 325.00 | 0.10 | 32.50 | Billable |
| 8/25/2016<br>14246 | Vincent<br>Phone client<br>Telephone conference with clients regarding status of case | 400.00 | 0.25 | 100.00 | Billable |
| 9/12/2016<br>14247 | David N.<br>Prep Pleadings<br>Review Judge Failla's rules regarding default judgment process; prepare | 325.00 | 5.60 | 1,820.00 | Billable |

Alin Sushi: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | order to show cause, drafts of client declarations, exhibits, proposed default judgment, attorney certification | | | | |
| 9/23/2016<br>14248 | Vincent<br>Meeting<br>Meeting with client Chen to review, revise, and sign client declaration for purposes of preparing default judgment application (.6); Meeting with client Cao to review, revise, and sign client declaration for purposes of preparing default judgment application (.6) | 400.00 | 1.25 | 500.00 | Billable |
| TOTAL | Billable Fees | | 22.10 | | $7,262.50 |

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/5/2016<br>13222 | David S.<br>Filing Fee<br>Complaint filing fee. | 400.00 | 1.000 | 400.00 | Billable |
| 4/22/2016<br>13371 | David S.<br>Service Fee<br>Service of process fees. | 169.00 | 1.000 | 169.00 | Billable |
| TOTAL | Billable Costs | | | | $569.00 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $7,262.50 |
| Total of Costs (Expense Charges) | | $569.00 |
| Total new charges | | $7,831.50 |
| New Balance<br>Current | $7,831.50 | |
| Total New Balance | | $7,831.50 |