```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    HAI ZHONG CHEN, et al.,                           :
                                                      :
                              Plaintiffs,             :    16 Civ. 2527 (KPF)
                                                      :
                  v.                                  :    DEFAULT JUDGMENT
                                                      :
    ALIN SUSHI INC., et al.,                          :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 27, 2016

KATHERINE POLK FAILLA, District Judge:

This action having been commenced on April 5, 2016 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants on April 22, 2016, as follows: (i) on defendant Alin Sushi, Inc. by service on a general agent of the corporation; (i) on defendant Rafael Nazariodefigueroa by service on a person of suitable age and discretion, at his actual place of business and mailing it to him at his actual place of business on April 25, 2016; and (iii) on defendant "John" Lin by delivery to a person of suitable age and discretion, at his actual place of business and mailing it to him at his actual place of business on April 25, 2016; and proof of service having been filed on May 4, 2016; and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiffs have judgment against defendants Alin Sushi Inc., Rafael Nazariodefigueroa, and "John" Lin, jointly and severally, in the liquidated amount of $42,635.00, plus attorneys'

fees, costs, and disbursements of this action in the amount of $7,336.50, amounting in all to $49,971.50.

SO ORDERED.

Dated: October 27, 2016
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge