ABSTRACT OF JUDGMENT

Re: Hai Zhong Chen, et al., v. Alin Sushi, Inc., et al

Case Number: 16-cv-02527-KPF

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Alin Sushi, Inc., - 55-59 Chrystie St., New York, NY 10002 | Hai Zhong Chen - 127 Allen St., Apt. 2B, New York, NY 10002 |
| Rafael Nazariodefigueroa c/o Alin Sushi - 55-59 Chrystie St., New York, NY 10002 | Wei Dong Cao - 239 W. 103rd St., Apt. 3A, New York, NY 10025 |
| "John" Lin c/o Alin Sushi - 55-59 Chrystie St., New York, NY 10002 | |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $49,971.50, jointly and severally | David Stein, Esq.<br>Samuel & Stein<br>38 W. 32nd St., Suite 1110<br>New York, NY 10001 | October 27, 2016 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York          , New York

RUBY J. KRAJICK, Clerk of Court

_____
By, Deputy Clerk